UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IMRAN SIDDIQUI,                              :     No. 18 Civ. 12125 (JGK) (RWL)
                                             :
             Plaintiff,              :
                                             :     **NOTICE OF APPEAL**
  -against-                                  :
                                             :
                                             :
ATHENE HOLDING LTD.,                         :
                                             :
             Defendant.              :
-----------------------------------------------------------x

      PLEASE TAKE NOTICE that Imran Siddiqui ("Siddiqui"), the plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from (1) the Memorandum Opinion and Order dated June 26, 2019 and entered on June 27, 2019, which granted Defendant Athene Holding Ltd.'s motion to dismiss and directed the Clerk to enter judgment dismissing Siddiqui's Amended Complaint with prejudice, and (2) the Judgment dated July 9, 2019 and entered on July 9, 2019, which dismissed Siddiqui's Amended Complaint with prejudice and closed the above-captioned action.

Dated: New York, New York
       July 11, 2019

                                                  Respectfully submitted,

                                                  O'BRIEN LLP

                                                  By: *s/ Sean R. O'Brien*
                                                     Sean R. O'Brien, Esq.
                                                     Sara A. Welch, Esq.
                                                   900 Third Avenue, 18th Floor
                                                   New York, New York 10022
                                                   Tel:  (212) 729-9243
                                                   Fax: (646) 205-3071
                                                   sobrien@obrienllp.com
                                                   swelch@obrienllp.com

                                                   [Co-counsel listed on next page]

                                        ARKIN SOLBAKKEN LLP  
                                      Lisa C. Solbakken, Esq.  
                                      Thomas G. O'Brien, Esq.  
                                      900 Third Avenue, 18th Floor  
                                      New York, New York 10022  
                                      Tel:  (212) 333-0200  
                                      Fax:  (212) 333-2350  
                                      lsolbakken@arkin-law.com  
                                      tobrien@arkin-law.com  

                                      *Attorneys for Plaintiff Imran Siddiqui*